101104
PRB:gk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In Re: subpoena issued to Buckeye CableSystem an Ohio Corporation doing business in Toledo, Ohio | § § § § § § § § |

CASE NO. C:11-MC-00068-B

### NOTICE OF DISMISSAL OF MOTION TO QUASH SUBPOENA

Buckeye CableSystem ("Buckeye"), by and through counsel, hereby dismisses its motion to quash subpoena submitted herein on May 23, 2011.

Respectfully submitted,

/s/   Paul R. Bonfiglio
Paul R. Bonfiglio
BAHRET & ASSOCIATES CO., L.P.A.
7050 Spring Meadows West Dr., Suite B
Holland, Ohio 43528
Phone: (419) 861-7800
Fax: (419) 861-7808
Email: pbonfiglio@bahret-law.com
Counsel for Buckeye CableSystem